## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVARTIS PHARMA AG, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No.: 1:20-cv-00690 (TJM-CFH)<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659

Defendant Regeneron Pharmaceuticals, Inc. ("Regeneron") hereby respectfully moves to stay the above-captioned case pursuant to 28 U.S.C. § 1659.[1] Plaintiffs Novartis Pharma AG, Novartis Pharmaceuticals Corporation, and Novartis Technology LLC (collectively, "Novartis") do not oppose this motion. Support for this motion is found in the accompanying Memorandum of Law and Affidavit of Anish Desai.

---

[1] By virtue of this motion, Regeneron does not waive, and in fact, expressly reserves, all defenses and procedural rights otherwise available to it.

Dated: July 28, 2020 /*s/ Anish Desai*/

Elizabeth Weiswasser (Bar Roll No. 701918)
Anish Desai (Bar Roll No. 701945)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-011
Telephone: (212) 310-8000
Fax: (212) 310-8007
anish.desai@weil.com
elizabeth.weiswasser@weil.com

Brian Ferguson (Bar Roll No. 701958)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940
brian.ferguson@weil.com

*Counsel for Defendant Regeneron Pharmaceuticals, Inc.*

Dated: _____, 2020  SO ORDERED:

_____
Honorable Thomas J. McAvoy, U.S.D.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVARTIS PHARMA AG, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No.: 1:20-cv-00690 (TJM-CFH)<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020, I electronically filed the foregoing UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659 with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing upon the counsel of record.

Dated: July 28, 2020               */s/ Anish R. Desai*

                                   Anish R. Desai