**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOVARTIS PHARMA AG, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS TECHNOLOGY LLC, | Civil Action No.: 1:20-cv-00690 (TJM-CFH) |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| REGENERON PHARMACEUTICALS, INC., | |
| Defendant. | |

## MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659

For the reasons stated below, the Court should grant the motion to stay the above-captioned matter pursuant to 28 U.S.C. § 1659. Plaintiffs Novartis Pharma AG, Novartis Pharmaceuticals Corporation, and Novartis Technology LLC (collectively, "Novartis") filed this action against Defendant Regeneron Pharmaceuticals, Inc. ("Regeneron") on June 19, 2020, alleging infringement solely of U.S. Patent No. 9,220,631 ("the '631 patent"). Also on June 19, 2020, Novartis filed a Complaint in the U.S. International Trade Commission ("ITC"), requesting that the ITC institute an investigation against Regeneron under Section 337 of the Tariff Act of 1930, as amended. In the ITC complaint, Novartis asserted infringement against Regeneron of the same '631 patent that is at issue in this case.

On July 21, 2020, the ITC issued a notice of institution of the investigation, entitled *Certain Pre-filled Syringes for Intravitreal Injection and Components Thereof*, Investigation No. 337-TA-1207 ("ITC Proceeding"). Pursuant to 19 C.F.R. § 210.10(b), the investigation was

instituted by publication of the Notice of Institution in the Federal Register on July 27, 2020. Exhibit A, Federal Register, Vol. 85, No. 144 at 45,227-45,228. Under Section 1659 of Title 28, upon the request of any party to a civil action that is also a respondent in an ITC proceeding involving the parties in the civil action, the Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). The stay is mandatory and must be granted if it is made within thirty days from the later of: (1) the party being named a respondent in a proceeding before the ITC, or (2) the filing of the district court action. 28 U.S.C. § 1659(a)(1)-(2); *see also In re Princo*, 478 F.3d 1345, 1355 (Fed. Cir. 2007) (granting writ of mandamus and directing district court to stay proceedings pursuant to 28 U.S.C. § 1659(a) until the ITC proceeding became final and was no longer subject to judicial review).

Here, the ITC Proceeding involves the same Defendant as this civil action. *See* Exhibit A, Federal Register, Vol. 85, No. 144 at 45,228. Novartis alleges infringement of only the '631 patent in both the ITC Proceeding and this civil action. *Id.* As this action involves the same issues as the ITC Proceeding, a stay of this action is required pursuant to 28 U.S.C. § 1659(a). The ITC issued a Notice of Institution of Investigation on July 21, 2020, which was published in the Federal Register on July 27, 2020. Therefore, this motion is timely filed within thirty days of Regeneron being named as a respondent in the ITC Proceeding. Finally, Novartis does not oppose this motion.

For the foregoing reasons, Regeneron respectfully requests that the Court stay this action under 28 U.S.C. § 1659(a) until determination of the ITC Proceeding, including any appeals therefrom, becomes final.

Dated: July 28, 2020                    /s/ Anish Desai

Elizabeth Weiswasser (Bar Roll No. 701918)
Anish Desai (Bar Roll No. 701945)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-011
Telephone: (212) 310-8000
Fax: (212) 310-8007
anish.desai@weil.com
elizabeth.weiswasser@weil.com

Brian Ferguson (Bar Roll No. 701958)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940
brian.ferguson@weil.com

*Counsel for Defendant Regeneron Pharmaceuticals, Inc.*