

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**GEORGE R. MCGUIRE, ESQ.**
gmcguire@bsk.com
P: 315.218.8515
F: 315.218.8415
C: 315.278.5604

April 8, 2021

**VIA ELECTRONIC FILING**

Hon. Thomas J. McAvoy
Senior U.S. District Judge
United States District Court
Northern District of New York
Federal Building & U.S. Courthouse
15 Henry Street
Binghamton, NY  13901

Re:   *Novartis Pharma AG et al v. Regeneron Pharmaceuticals, Inc.*, 1:20-cv-00690-TJM-CFH

Dear Judge McAvoy:

We are counsel to Plaintiffs in the above-referenced action.

On July 30, 2020 (Dkt. 25), this Court ordered a stay of the action pending a final determination of International Trade Commission Investigation No. 337-TA-1207 (the "1207 Investigation").  Plaintiff hereby advises that it has filed a motion to terminate the 1207 Investigation under 19 C.F.R. § 210.21(a)(1), which provides that (1) Any party may move at any time prior to the issuance of an initial determination on violation of section 337 of the Tariff Act of 1930 to terminate an investigation in whole or in part as to any or all respondents, on the basis of withdrawal of the complaint . . . ." In view of the impending termination of that Investigation, Plaintiff hereby requests the stay of the instant action be lifted and proceedings resumed, with a Rule 16 conference at the Court's earliest convenience.  The final hearing in the ITC Investigation was scheduled for April 19, 2021, so the action is currently in a trial-ready state.

Counsel is available should your Honor have any questions.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*George R. McGuire*

George R. McGuire

Hon. Thomas J. McAvoy
April 8, 2021
Page 2

Member

GRM/

cc: Counsel of Record