# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVARTIS PHARMA AG, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS TECHNOLOGY LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-00690 (DNH-CFH) |

## STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

WHEREAS, Plaintiffs Novartis Pharma AG, Novartis Technology LLC, and Novartis Pharmaceuticals Corporation (collectively, "Plaintiffs") and Defendant Regeneron Pharmaceuticals, Inc. ("Defendant") (Plaintiffs and Defendant, collectively, "Parties") have been engaged in discovery in the above-captioned action,

WHEREAS, Plaintiffs' damages expert report served on July 7, 2022 relied on several third-party license agreements;

WHEREAS, the Parties have met and conferred and agreed to seek an extension of deadlines for discovery for purposes of accommodating targeted third-party discovery concerning these agreements;

IT IS NOW, THEREFORE, HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned attorneys and subject to the Court's approval, that:

1.    The current case schedule (NDNY ECF No. 125) is hereby modified as follows:

| EVENT | CURRENT DATE | AMENDED DATE |
|---|---|---|
| Deadline for completion of third-party discovery concerning license agreements to be completed as expeditiously as possible | N/A | October 14, 2022 |
| Plaintiffs' Supplemental Expert Reports Limited to third-party discovery concerning license agreements (if any) | N/A | October 21, 2022 |
| Responsive Expert Reports | August 4, 2022 | November 8, 2022 |
| Close of Discovery | August 19, 2022 | December 2, 2022 |
| Opening Dispositive Motions | September 1, 2022 | December 16, 2022 |
| Responses to Dispositive Motions | September 21, 2022 | January 10, 2023 |
| Replies to Dispositive Motions | September 29, 2022 | January 20, 2023 |

2. Regeneron expects to serve third party subpoenas by July 29, 2022 and the parties will meet and confer should Regeneron seek to serve further subpoenas.

3. If third party discovery is completed in advance of October 14, 2022, the parties will meet and confer regarding acceleration of subsequent dates in the schedule.

4. The above-modified dates do not affect the deadlines set forth in the Amended Expert Discovery Schedule for Willful Infringement and Inequitable Conduct (D.I. 139).

**STIPULATED TO AND APPROVED BY**:

Dated:  July 27, 2022

*/s/ Elizabeth Holland*

Elizabeth Holland
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610 6365
Facsimile: (212) 610 6399
Elizabeth.Holland@allenovery.com

George R. McGuire (Bar Roll No. 509058)
Louis Orbach (Bar Roll No. 507815)
**BOND, SCHOENECK & KING, PLLC**
ONE Lincoln Center
Syracuse, NY 13202
Phone (315) 218-8000
Fax (315) 218-8100

*Counsel for Plaintiffs Novartis Pharma AG, Novartis Technology LLC, and Novartis Pharmaceuticals Corp.*

*/s/ Elizabeth Weiswasser*

Elizabeth Stotland Weiswasser (Bar Roll No. 701918)
Anish R. Desai (Bar Roll No. 701945)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119 Telephone: (212) 310-8000
Fax: (212) 310-8007
elizabeth.weiswasser@weil.com
anish.desai@weil.com

Douglas J. Nash (Bar Roll No. 511889)
John D. Cook (Bar Roll No. 511491)
**BARCLAY DAMON LLP**
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202

Telephone: (315) 425-2885
dnash@barclaydamon.com
jcook@barclaydamon.com

*Counsel for Defendant Regeneron Pharmaceuticals, Inc.*

## **ORDER**

**IT IS SO ORDERED** this _____ day of, _____2022.

_____
Hon.  Christian F. Hummel