UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVARTIS PHARMA AG, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS TECHNOLOGY LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00690 (DNH-CFH) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiffs Novartis Pharma AG, Novartis Pharmaceuticals Corporation, and Novartis Technology LLC (collectively "Novartis") brought this patent infringement action accusing Defendant Regeneron Pharmaceuticals, Inc. ("Regeneron") (altogether "the Parties") of infringing claims 1, 3-6, 11-13, 17, and 21-25 of U.S. Patent No. 9,220,631 ("the '631 Patent");

WHEREAS, no trial dates have been set by the Court.

WHEREAS, on October 26, 2021, the Patent Trial and Appeal Board ("PTAB") instituted an *inter partes* review proceeding (IPR2021-00816) on all claims of the '631 Patent;

WHEREAS, on October 25, 2022, the Patent Trial and Appeal Board issued a final written decision in IPR2021-00816 finding all claims of the '631 Patent unpatentable as obvious under 35 U.S.C. § 103;

WHEREAS, Novartis intends to appeal the PTAB's final written decision to the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") and has until December 27, 2022 to file a notice of appeal;

IT IS NOW, THEREFORE, HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned attorneys and subject to the Court's approval, that:

1. This Action shall be stayed pending a decision on Novartis' appeal to the Federal Circuit.

2. The Parties agree to file a joint status report within 10 days of the date on which the Federal Circuit issues a decision on or otherwise terminates Novartis's appeal.

**STIPULATED TO AND APPROVED BY:**

Dated: November 7, 2022

| | |
|---|---|
| */s/ George R. McGuire* | */s/Elizabeth Weiswasser* |
| George R. McGuire (Bar Roll No. 509058) | Elizabeth Weiswasser (Bar Roll No. 701918) |
| Louis Orbach (Bar Roll No. 507815) | Anish R. Desai (Bar Roll No. 701945) |
| **BOND SCHOENECK & KING, PLLC** | Natalie C. Kennedy (*pro hac vice*) |
| One Lincoln Center | **WEIL, GOTSHAL & MANGES LLP** |
| Syracuse, NY 13202 | 767 Fifth Avenue |
| 315-218-8515 | New York, New York 10153-011 |
| Fax: 315-218-8100 | Telephone: (212) 310-8000 |
| gmcguire@bsk.com | Fax: (212) 310-8007 |
| lorbach@bsk.com | anish.desai@weil.com |
| | elizabeth.weiswasser@weil.com |
| Elizabeth J. Holland (*pro hac vice*) | natalie.kennedy@weil.com |
| Daniel P. Margolis (*pro hac vice*) | |
| **ALLEN & OVERY LLP** | Christopher Pepe (*pro hac vice*) |
| 1221 Avenue of the Americas | Matthew D. Sieger (*pro hac vice*) |
| New York, NY 10020 | Priyata Y. Patel (*pro hac vice*) |
| Phone: (212) 610-6300 | **WEIL, GOTSHAL & MANGES LLP** |
| Fax: (212) 610-6399 | 2001 M Street, NW |
| elizabeth.holland @allenovery.com | Washington, D.C. 20036 |
| daniel.margolis@allenovery.com | Telephone: (202) 682-7000 |
| | Fax: (202) 857-0940 |
| William G. James (*pro hac vice*) | christopher.pepe@weil.com |
| **ALLEN & OVERY LLP** | matthew.sieger@weil.com |
| 1101 New York Avenue NW | priyata.patel@weil.com |
| Washington, D.C. 20005 | |
| Phone: (202) 683-3800 | Douglas J. Nash (Bar Roll No. 511889) |
| Fax: (202) 683-3999 | John D. Cook (Bar Roll No. 511491) |
| william.james@allenovery.com | **BARCLAY DAMON LLP** |
| | Barclay Damon Tower |
| John T. Bennett (*pro hac vice*) | 125 East Jefferson Street |

| | |
|---|---|
| **ALLEN & OVERY LLP** | Syracuse, NY 13202 |
| One Beacon Street | Telephone: (315) 425-2700 |
| Boston, MA 02108 | Fax: (315) 425-2701 |
| Phone: (857) 353-4500 | dnash@barclaydamon.com |
| Fax: (857) 353-4599 | jcook@barclaydamon.com |
| *Attorneys for Plaintiffs, Novartis Pharma AG, Novartis Pharmaceuticals Corporation, and Novartis Technology LLC* | *Attorneys for Defendant, Regeneron Pharmaceuticals, Inc.* |

## ORDER

**IT IS SO ORDERED** this _____ day of, _____ 2022.

_____
Hon. David N. Hurd
United States District Judge