**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOVARTIS PHARMA AG, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>Defendant. | CASE NO.: 1:20-cv-00690-DNH-CFH<br><br>Hon. David N. Hurd |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims asserted in this action by Plaintiffs Novartis Pharma AG, Novartis Pharmaceuticals Corporation, and Novartis Technology LLC (collectively, "Novartis") against Defendant Regeneron Pharmaceuticals, Inc. ("Regeneron") are dismissed with prejudice, with each of the aforementioned parties to bear its own attorneys' fees.

**STIPULATED TO AND APPROVED BY**:

Dated: November 12, 2024

/s George R. McGuire
George R. McGuire (Bar Roll No. 509058)
Louis Orbach (Bar Roll No. 507815)
**BOND, SCHOENECK & KING, PLLC**
One Lincoln Center
Syracuse, New York 13202
(315) 218-8000
gmcguire@bsk.com
lorbach@bsk.com

Elizabeth J. Holland
Daniel P. Margolis
**ALLEN OVERY SHEARMAN STERLING US LLP**
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300
elizabeth.holland@aoshearman.com
daniel.margolis@aoshearman.com

William G. James, II
**ALLEN OVERY SHEARMAN STERLING US LLP**
1101 New York Avenue NW
Washington, DC 20005
(202) 683-3895
william.james@aoshearman.com

John Bennett
**ALLEN OVERY SHEARMAN STERLING US LLP**
1 Beacon Street
Boston, MA 02108
(857) 353-4500
john.bennett@aosherman.com

*Counsel for Plaintiffs*

/s John D. Cook
Douglas J. Nash (Bar Roll No. 511889)
John D. Cook (Bar Roll No. 511491)
**BARCLAY DAMON, LLP**
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
(315) 425-2885
dnash@barclaydamon.com
jcook@barclaydamon.com

Elizabeth Weiswasser
Anish Desai
Eric Shaun Hochstadt
Natalie Kennedy
Tom Yu
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-011
(212) 310-8000
anish.desai@weil.com
elizabeth.weiswasser@weil.com
eric.hochstadt@weil.com
natalie.kennedy@weil.com
tom.yu@weil.com

Christopher Pepe
Matthew Sieger
Priyata Patel
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Washington, D.C. 20036
(202) 682-7000
christopher.pepe@weil.com
matthew.sieger@weil.com
priyata.patel@weil.com

*Counsel for Defendant*

**ORDER**

Based on the foregoing stipulation, and good cause appearing therefore, **IT IS SO ORDERED** this thirteenth day of November, 2024.

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 11-13-2024



30162275.2